NORTHERN BANK OF NEW YORK v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Appeal from Special Term, New York County. Action by the Northern Bank of New York against William G. Mulligan and another. There was a judgment for plaintiff, and defendants appealed. From an order approving an undertaking on appeal, plaintiff appeals. Reversed. Sumner Ford, of New York City,

for appellant. William G. Mulligan, of New York City, for respondents.

PER CURIAM. The plaintiff's judgment was for $15,215.98. The title to the property of the two sureties was seriously embarrassed with liens, some of which were under foreclosure. Furthermore, the gross value of the equities of the several sureties in such property was not satisfactorily proved to be adequate to justify their acceptance as sureties. The order appealed from should be reversed, with $10 costs and disbursements of this appeal, and application to approve undertaking denied, with leave to defendants to substitute another undertaking, with other or further sufficient sureties, with leave to respondent to except thereto, such undertaking to be filed and served, within 10 days of the service of the order of °this court to be entered hereunder, upon the attorney for the respondents.

